B6F (Official Form 6F) (12/07)

In re _CRUZ DELGADO ESTEBAN and MANSO SANTIAGO NOEMI_ ,    Case No. _07-02393-SEK_
         Debtor(s)                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended 01/19/2010

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:  8950<br>Creditor # : 1<br>CENTENIAL<br>BANKRUPTCY DIVISION<br>PO BOX 71333<br>SAN JUAN PR 00936-8433 | | 2006<br>Utility Bills | | | | $ 2,099.10 |
| Account No:  3727<br>Creditor # : 2<br>CITI CARD<br>1000 TECHNOLOGY DRIVE<br>MAIL STOP 305<br>O FALLON MO 63368 | J | 2005<br>Credit Card Purchases | | | | $ 2,500.09 |
| Account No:  3792<br>Creditor # : 3<br>CITIFINANCIAL<br>BANKRUPTCY DIVISION<br>1 CITIBANK DR PROM LEVEL NORTH<br>SAN JUAN PR 00926 | | 2003<br>P. Loan | | | | $ 2,000.00 |
| Account No:  1048<br>Creditor # : 4<br>CITIFINANCIAL<br>BANKRUPTCY DIVISION<br>1 CITIBANK DR PROM LEVEL NORTH<br>SAN JUAN PR 00926 | | 2002<br>P. Loan | | | | $ 1,380.00 |

_3_ continuation sheets attached

Subtotal $    $ 7,979.19

Total $
(Use only on last page of the completed Schedule F. Report also on Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re  CRUZ DELGADO ESTEBAN and MANSO SANTIAGO NOEMI ,  Case No. 07-02393-SEK
Debtor(s) (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended 01/19/2010
(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 0518<br>Creditor # : 5<br>EDU-COOP.<br>BANKRUPTCY DIVISION<br>PO BOX 191148<br>SAN JUAN PR 00919-1148 | J | 2006<br>P. Loan | | | | $ 1,729.41 |
| Account No: 0518<br>Creditor # : 6<br>EDU-COOP.<br>BANKRUPTCY DIVISION<br>PO BOX 191148<br>SAN JUAN PR 00919-1148 | J | 2006<br>P. Loan | | | | $ 6,865.59 |
| Account No: 2553<br>Creditor # : 7<br>HOME DEPOT<br>PO BOX 3800<br>CAROLINA PR 00984 | J | 2006<br>Credit Card Purchases | | | | $ 581.89 |
| Account No: 3344<br>Creditor # : 8<br>INTERNATIONAL HOME PRODUCT<br>BANKRUPTCY DIVISION<br>PO BOX 363885<br>SAN JUAN PR 00936-3885 | | 2006<br>Credit Card Purchases | | | | $ 1,036.23 |
| Account No: 2506<br>Creditor # : 9<br>ISLAND FINANCE<br>BANKRUPTCY DIVISION<br>PO BOX 195369<br>SAN JUAN PR 00919-5369 | | 2004<br>P. Loan | | | | $ 5,296.05 |
| Account No: 2506<br>Representing:<br>ISLAND FINANCE | | PALISALES COLLECTION<br>BOX 1244<br>ENGLEWOOD NEW JERSEY 07632 | | | | |

Sheet No. 1 of 3 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 15,509.17
Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _CRUZ DELGADO ESTEBAN and MANSO SANTIAGO NOEMI_ ,   Case No. _07-02393-SEK_
                        Debtor(s)                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended 01/19/2010
(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 8878<br>Creditor # : 10<br>ISLAND FINANCE<br>BANKRUPTCY DIVISION<br>PO BOX 195369<br>SAN JUAN PR 00919-5369 | J | 2003<br>P. Loan | | | | $ 2,676.58 |
| Account No: 1635<br>Creditor # : 11<br>LA SEMANA<br>PO BOX 6537<br>CAGUAS PR 00721 | J | 2005<br>Supplier | | | | $ 390.00 |
| Account No: 0394<br>Creditor # : 12<br>MARIELI ALMEDA CRUZ<br>PARQUE DEL TESORO #12<br>URB BAIROA<br>CAGUAS PR 00725 | J | 11-2008<br>TORT DAMAGE<br>NO MONETARY VALUE, CIVIL<br>#EDP2009-0394<br>*Subject to Setoff | X | X | | $ 100.00 |
| Account No: 0394<br>Representing:<br>MARIELI ALMEDA CRUZ | | NYVIA E MILIAN FALERO, ESQ<br>PO BOX 194000 #212<br>SAN JUAN<br>PR 00919 | | | | |
| Account No: 2849<br>Creditor # : 13<br>RADIO SHACK<br>BANKRUPTCY DIVISION<br>LOS JARD SHOP, LOCAL 7A<br>GUAYNABO PR 00969 | J | 2006<br>Credit Card Purchases | | | | $ 1,978.40 |
| Account No: 8218<br>Creditor # : 14<br>R-G PREMIER<br>BANKRUPTCY DIVISION<br>PO BOX2510<br>GUAYNABO PR 00970 | | 2005<br>P. Loan | | | | $ 1,407.00 |

Sheet No. _2_ of _3_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 6,551.98
Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _CRUZ DELGADO ESTEBAN and MANSO SANTIAGO NOEMI_ ,  Case No. _07-02393-SEK_
                                 Debtor(s)                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended 01/19/2010
(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 1676<br>Creditor # : 15<br>SAMS CLUB<br>PMB 725<br>PO BOX 4960<br>CAGUAS PR 00726 | | J  2005<br>Credit Card Purchases | | | | $ 515.15 |
| Account No: | | | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |

Sheet No. _3_ of _3_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 515.15

Total $    $ 30,555.49
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO
DIVISION

In Re:
CRUZ DELGADO ESTEBAN
and
MANSO SANTIAGO NOEMI

Chapter 13
Case No. 07-02393-SEK

Debtor(s).
_ CRUZ DELGADO ESTEB_ /

Amended 01/19/2010

DECLARATION UNDER PENALTY OF PERJURY FOR ELECTRONIC FILING

The undersigned, __CRUZ DELGADO ESTEBAN__ ,
Declares under penalty of perjury that:

1. I have signed the original (s) of the document (s) identified below under penalty of perjury ("Verified Document (s)").

2. The information contained in the Verified Document (s) is true and correct to the best of my knowledge and belief.

3. I understand that the Verified Document (s) are to be filed in electronic form with the United States Bankruptcy Court in connection with the above captioned case.

/s/ CRUZ DELGADO ESTEBAN
Signature of Debtor
or other declarant

/s/ MANSO SANTIAGO NOEMI
Signature of Joint Debtor

Verified Document (s) :

Full Descriptive Title
AMENDED F for MARIELI ALMEDA CRUZ

Date Executed
JANUARY 19, 2010

CRUZ DELGADO ESTEBAN
PO BOX 7114
CAROLINA PR   00986


MANSO SANTIAGO NOEMI
PO BOX 7114
CAROLINA PR   00986


WILLIAM DAVILA DE PEDRO
420 PONCE DE LEON
MIDTOWN SUITE 311
SAN JUAN PR   00918


CENTENIAL
BANKRUPTCY DIVISION
PO BOX 71333
SAN JUAN PR   00936


CITI CARD
1000 TECHNOLOGY DRIVE
MAIL STOP 305
O FALLON MO   63368


CITIBANK NA
BANKRUPTCY DIVISION
PO BOX 70319
SAN JUAN PR   00936


CITIFINANCIAL
BANKRUPTCY DIVISION
1 CITIBANK DR PROM LEVEL NORTH
SAN JUAN PR   00926


DORAL FINANCIAL
BANKRUPTCY DIVISION
PO BOX 71529
SAN JUAN PR   00936


EDU COOP
BANKRUPTCY DIVISION
PO BOX 191148
SAN JUAN PR   00919


HOME DEPOT
PO BOX 3800
CAROLINA   PR   00984

INTERNAL REVENUE SERVICE
PO BOX 21125
PHILADELPHIA PA   19114


INTERNATIONAL HOME PRODUCT
BANKRUPTCY DIVISION
PO BOX 363885
SAN JUAN PR   00936


ISLAND FINANCE
BANKRUPTCY DIVISION
PO BOX 195369
SAN JUAN PR   00919


LA SEMANA
PO BOX 6537
CAGUAS PR   00721


PALISALES COLLECTION
BOX 1244
ENGLEWOOD NEW JERSEY   07632


RADIO SHACK
BANKRUPTCY DIVISION
LOS JARD SHOP LOCAL 7A
GUAYNABO PR   00969


RG PREMIER
BANKRUPTCY DIVISION
PO BOX2510
GUAYNABO PR   00970


SAMS CLUB
PMB 725 PO BOX 4960
CAGUAS PR   00726


MARIELI ALMEDA CRUZ
PARQUE DEL TESORO 12
URB BAIROA
CAGUAS PR   00725

NYVIA MILIAN FALERO ESQ
PO BOX 19400 212
SAN JUAN PR   00919