United States Bankruptcy Court
District of Puerto Rico

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
* *     Case No. 07-02393-SEK
* In Re: Cruz Delgado, Esteban *
* and Manso Santiago Noemi *
* *
* Debtors *
* *     Bankruptcy Chapter 13
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# MOTION IN OPPOSITION TO BE INCLUDED IN THE BANKRUPTCY CASE 07-02393-SEK

**TO THE HONORABLE COURT:**

**COMES NOW,** Marieli Almeda Cruz, acting as my own attorney, and most respectfully moves and advices the court as follows,

1. On January 19, 2010, I received through my attorney, Nyvia E. Milián Falero, Esq., in case *Marieli Almeda Cruz v. Noemí Manso, et als*, number EDP 2009-0394, Puerto Rico Superior Court, Caguas Part, a copy of **Amended Schedule F - Creditors Holding Unsecured Nonpriority Claims,** pertaining to the above referenced matter.

2. On said document, Amended Schedule F, my attorney Nyvia E. Milián Falero, Esq., and I appear as creditors with the account number 0394 for the amount $100.00 Also, Amended Schedule F states that Mr. Esteban Cruz and Mrs. Noemí Manso filed for bankruptcy in May 2007, and it was approved by the court.

3. The only reason Mr. Esteban Cruz and Mrs. Noemí Manso think they have to include my attorney and I in the Amended Schedule F document is that Mrs. Noemí Manso ran me over with her car on November 4, 2008 and I subsequently sued her for damages on Puerto Rico's Superior Court case number EDP-2009-0394, Puerto Rico Superior Court, Caguas part. That is, eighteen (18) months after the filing of the above referenced bankruptcy case. Copy of case number EDP-2009-0394, is included with this motion.

4. There is no reason to include my attorney and I in the debtor's bankruptcy. It is the responsibility of the Puerto Rico Federal Bankruptcy Court to diligently examine the applicability of any amendment to a bankruptcy. I present my opposition to be included as a creditor in this case, because the incident between myself and Noemí Manso occurred eighteen (18) months **after** the filing the above referenced bankruptcy case.

5. Therefore, my inclusion as a creditor is invalid and without cause. It will only result in a miscarriage of justice.

**WHEREFORE**, I respectfully request that this Honorable Bankruptcy Court, accept my opposition to be included as a creditor in this bankruptcy.

I certify that a copy of this document was sent by regular mail, to all parties in the case.

In Caguas, Puerto Rico this day May __6__, 2010.

Marieli Almeda Cruz
Urb Caguas Norte
B9 Calle Belén
Caguas Puerto Rico 00725
787-374-1551

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA DE CAGUAS

| | |
|---|---|
| MARIELI ALMEDA CRUZ, <br><br>Demandante, <br><br>v. <br><br>NOEMÍ MANSO SANTIAGO, SU ESPOSO FULANO DE TAL, Y LA SOCIEDAD LEGAL DE GANANCIALES COMPUESTA POR AMBOS; JUAN DEL PUEBLO; RICHARD ROE; COMPAÑIAS ASEGURADORAS ABC y XYZ; <br><br>Demandados | CIVIL NÚM. EDP2009-0394 <br><br>6/7 <br><br>SOBRE: <br><br>DAÑOS Y PERJUICIOS |

## DEMANDA

AL HONORABLE TRIBUNAL:

COMPARECE la demandante de epígrafe, **MARIELI ALMEDA CRUZ**, por conducto de la representación legal suscribiente, y muy respetuosamente exponen, alegan y solicitan:

1. La demandante, **Marieli Almeda Cruz**, es mayor de edad, soltera, auditora y vecina de Caguas, Puerto Rico, con dirección en Parque del Tesoro Núm 12, Bairoa, Caguas, Puerto Rico 00725.

2. La codemandada **Noemí Manso Santiago**, con licencia de conducir #1279671 expedida por el Estado Libre Asociado de Puerto Rico, reside en la Calle 17 2M-32A, Mirador de Bairoa, Caguas, Puerto Rico 00725.

3. Para la fecha de los hechos, la co-demandada Noemí Manso Santiago conducía el vehículo Mitsubishi Mirage, Tablilla EHK-402, Año 2001, color rojo, por la Ave. Bairoa, Caguas, en reversa, e impactó, o sea, arrolló, con la parte trasera del referido vehículo, a la demandante Marieli Almeda Cruz. La codemandada Noemí Manso Santiago responde solidariamente por los hechos alegados en esta demanda.

4. Los codemandados Fulano de Tal y la Sociedad Legal de Gananciales compuesta por éste y por la codemandada Noemí Manso Santiago, responden solidariamente por los daños causados por la co-demandada Noemí Manso Santiago.

5. Se demandan a Juan del Pueblo, Richard Roe como demandados desconocidos quienes pudieran tener alguna participación en los hechos que originan la presente demanda. Todos responden solidariamente.

6. Se demanda a Compañías Aseguradoras ABC y XYZ,y como aseguradoras desconocidas de todos y cada uno de los demandados conocidos y desconocidos. Todos responden solidariamente.

7. Según la Denuncia presentada en el **Caso Criminal Núm. E1TR-2009-00108**, ventilado ante este Honorable Tribunal, el día 4 de noviembre de 2008, a las 8:40 de la mañana, la codemandada acusada, Noemí Manso Santiago, de forma ilegal, voluntaria, maliciosa y negligentemente, mientras conducía el vehículo de motor Mitsubishi Mirage, Tablilla EHK-402, Año 2001, color rojo, por la Ave. Bairoa de Caguas, con desprecio por la seguridad de personas o propiedades, conducía **en reversa, o sea, en retroceso**, y sin tomar las debidas precauciones, arrollando a la demandante Marieli Almeda Cruz, mientras ésta cruzaba la referida avenida, impactando a la demandante con la parte trasera del referido automóvil.

8. El 10 de febrero de 2009, se celebró la vista en su fondo del **Caso Criminal Núm. E1TR-2009-00108** ante este Honorable Tribunal, en la cual, la **codemandada Noemí Manso Santiago hizo confesión de culpabilidad**. Como consecuencia de esta confesión de culpabilidad, este Honorable Tribunal la declaró culpable del delito contenido en el Art. 5.07 de la Ley 22, imponiéndole la pena de $500.00 de multa o un día de cárcel por cada $50.00 que dejara de pagar, además, imponiéndole el pago de $100.00 por la Pena Especial Ley 33. Se acompaña copia de la Sentencia para la fácil referencia de este Honorable Tribunal.

9. Como consecuencia del referido accidente, la demandante Marieli Almeda Cruz, hasta el presente, ha sufrido los siguientes daños :

    A. traumas en la cabeza, con herida abierta que requirió 11 puntos de sutura;

    B. fractura del tabique de la nariz, para lo cual está siendo evaluada para intervención quirúrgica;

    C. trauma en la mandíbula, para lo cual está siendo evaluada para intervención quirúrgica;

D. traumas y laceraciones en ambos codos;

E. trauma y laceraciones en ambas rodillas;

F. traumas en toda la espalda;

G. Tratamiento médico en Sala de Emergencias del Hospital HIMA/San Pablo

H. Visita de seguimiento en Sala de Emergencia de Hospital HIMA/San Pablo

I. tres (3) CT Scan's

J. Veintiséis (26) radiografías

K. Quince (15) visitas para tratamiento médico con fisiatra, psiquiatra, acupunturista, generalista, otorrinolaringólogo y cirujano plástico

L. Quince (15) terapias físicas

M. Cuatro (4) terapias de acupuntura

N. Medicamentos

O. Pérdida de ingresos

10. Los daños físicos y angustias mentales sufridos por la demandante Marieli Almeda Cruz, se valoran en una suma no menor de $250,000.00.

11. Los daños por pérdida de ingresos de la demandante se calculan en una suma no menor de $5,000.00

**EN MÉRITO DE LO ANTERIORMENTE EXPUESTO**, se solicita respetuosamente de este Honorable Tribunal que previo a los trámites legales de rigor, declare con lugar la presente demanda y en su consecuencia condene a los demandados a pagar solidariamente las sumas reclamadas en esta demanda, más las costas, gastos, honorarios de abogados y los intereses legales según apliquen.

**CERTIFICO** haber notificado copia de la presente demanda a la Administración de Compensaciones por Accidentes de Automóviles **(ACAA)**, Reclamación Núm. 14-125554-01, ACAA - **Regional de Caguas**, PO BOX 364847, San Juan Puerto Rico 00936-4847.

**RESPETUOSAMENTE SOMETIDA.**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE CAGUAS

| EL PUEBLO DE PUERTO RICO | CRIMINAL NUMERO E1TR200900108 |
|---|---|
| Vs. | |
| **NOEMI MANSO SANTIAGO** | SALA: 505 |
| *ACUSADA* | POR: |
| Número de querella :2008601333620 | **ART. 5.07 LEY 22** |
| Fecha de nacimiento :11/10/1945 | |
| Lugar de nacimiento :No Consta | |
| Sexo :F | |
| Seguro Social :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 | Fecha de hechos: 4 nov. 2008 |
| Dirección :Mirador de Bairoa Caguas | Lugar de hechos: Caguas PR |
| Número de licencia :1279671 | |
| Señas :No Consta | |

## SENTENCIA

En Caguas, Puerto Rico, hoy <u>10 de febrero de 2009</u>, ante este Tribunal compareció la acusada <u>Noemí Manso Santiago</u> asistida de su abogado, <u>Lcdo. Apolinar Rodríguez López</u> y el Ministerio Público representado de su fiscal <u>Francisco González Muñiz</u> y después de leída la acusación hizo alegación de <u>culpabilidad</u>.

Vista la <u>confesión de culpabilidad</u>, el Tribunal declara culpable a la acusada del delito de <u>**Art. 5.07 Ley 22**</u> y la condena a la pena de **$500.00 de multa ó 1 día de cárcel por cada $50.00 que deje de pagar, además, se le impone el pago de $100.00 de la Pena Especial Ley 183**.

Se exime del pago de las Costas.

Se concede prórroga hasta el 13 de marzo de 2009 para efectuar el pago.

De no pagar ejecutar sentencia.

REGISTRESE Y NOTIFIQUESE.

En Caguas, Puerto Rico, a 10 de febrero de 2009.

*SUSANA C. SERRANO MONDESI*
Juez Superior

CERTIFICO

CARMEN I. GARCIA PEREZ
SECRETARIA REGIONAL

POR: _____
Secretaria Auxiliar

En San Juan, Puerto Rico, hoy ___ de octubre de 2009.

*[firma]*

**NYVIA E. MILIÁN FALERO**
Colegiado Núm. 10835
Abogados de la demandante
Apartado Postal 194000 - Núm. 212
San Juan, Puerto Rico 00919-4000
Tel. 787-754-9191 Fax 787-764-3101